UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAYED BAHIR RAHIMI, )
                              )
          Plaintiff(s),       )   No. C07-4210 BZ
                              )
     v.                       )
                              )   **ORDER DENYING EX PARTE**
CITY OF PLEASANT HILL, et     )   **TRO APPLICATION**
al.,                          )
                              )
          Defendant(s).       )
_____)

Plaintiff's Application to Hear a Temporary Restraining Order ex Parte is **DENIED** for failure to make the showing required under Local Rules 7-10 and 65-1(b). If plaintiff can obtain the consent of the defendants to magistrate judge jurisdiction, the court is prepared to hear a TRO application on Tuesday, August 21, 2007 at 2:00 p.m. in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Any opposition shall be filed and served by **noon Monday, August 20, 2007**. If the defendants decline to consent, plaintiff shall notify the court immediately so that the case may be reassigned.

Dated: August 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RAHIMI\ORD.DENYAPPLICATION.TRO.wpd

1