IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYED BASHIR RAHIMI, | No. C07-04210 MJJ |
| Plaintiff, | **ORDER RE RESPONSE TO TRO APPLICATION** |
| v. | |
| CITY OF PLEASANT HILL, | |
| Defendant. | |

## INTRODUCTION

*Before the Court is* pro se Plaintiff Sayed Bashir Rahimi's Application for A Temporary Restrainng Order (Docket No. 3). To facilitate the Court's ruling on the TRO request, the Court will allow Defendants to submit an opposition to Plaintiffs' Application. Any opposition shall be filed no later than **5:00 p.m. on Thursday, August 23, 2007**. The Court will then order further briefing or schedule a hearing, if warranted**.**

**IT IS SO ORDERED.**

Dated: 8/21/07

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com