IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYED BASHIR RAHIMI,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PLEASANT HILL,<br><br>    Defendant.<br>_____ / | No. C07-04210 MJJ<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |

### INTRODUCTION

On August 16, 2007 and August 20, 2007, Plaintiff Sayed Bashir Rahimi's filed Applications for A Temporary Restrainng Order (Docket No. 3 & 12). Pursuant to this Court's Order, Defendants filed a opposition to the TRO application on August 23, 2007. On August 24, 2007, Plaintiff filed a request to take his TRO application off-calendar because both his vehicle and dealer plate involved in the dispute had been returned to him.

Accordingly, the Court **DISMISSES AS MOOT** Plaintiffs' Applications for A Temporary Restraining Order.

**IT IS SO ORDERED.**

Dated: 8/27/07

                                      MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE