THOMAS BREEN KIDWELL, ESQ., (SBN: 66413)
2166 The Alameda
San Jose, CA 95126-1144
T/P: (408) 243-2166
FAX: (408) 243-1841

Attorney for Plaintiff SAYED BASHIR RAHIMI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SAYED BASHIR RAHIMI,

    Plaintiff,

vs.

CITY OF PLEASANT HILL; CHIEF PETER DUNBAR; LT. JOHN PRATT; OFFICER CRAIG SILLERS; SGT. TIM FRANK; NORTH MAIN TOWING; PLEASANT HILL POLICE DEPARTMENT,

    Defendants.

C07-4210 WHA

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT BY CITY OF PLEASANT HILL; CHIEF PETER DUNBAR; LT. JOHN PRATT; OFFICER CRAIG SILLERS; SGT. TIM FRANK; PLEASANT HILL POLICE DEPARTMENT

    Pursuant to the terms of the settlement entered into between plaintiff SAYED BASHIR RAHIMI and the CITY OF PLEASANT HILL; CHIEF PETER DUNBAR; LT. JOHN PRATT; OFFICER CRAIG SILLERS; SGT. TIM FRANK; and the PLEASANT HILL POLICE DEPARTMENT, the parties by and through their counsel of record hereby stipulate that Plaintiff's complaint shall be dismissed, with prejudice against the aforementioned parties. Each party shall bear their own costs and attorney's fees.

Dated: March 5, 2008

LAW OFFICES OF THOMAS BREEN KIDWELL

By: _____
THOMAS BREEN KIDWELL
Attorney for Plaintiff
Sayed Bashir Rahimi

---

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST CITY OF PLEASANT HILL; CHIEF PETER DUNBAR; LT. JOHN PRATT; OFFICER CRAIG SILLERS; SGT. TIME FRANK; PLEASANT HILL POLICE DEPARTMENT     1

1　　　　I hereby consent to the above-referenced Stipulation and Order of Dismissal of Plaintiff's
2　Complaint against the City of Pleasant Hill, Chief Peter Dunbar, Lt. John Pratt, Officer Craig
3　Sillers, Sgt. Tim Frank, and the Pleasant Hill Police Department.

4　Dated: March 7, 2008　　　　　　　MCNAMARA, DODGE, NEY, BEATTY,
　　　　　　　　　　　　　　　　　　　SLATTERY, PFALZER, BORGES &
5　　　　　　　　　　　　　　　　　　BROTHERS, LLP

6
　　　　　　　　　　　　　　　　　　　_____
7　　　　　　　　　　　　　　　　　　NOAH G. BLECHMAN
　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　City of Pleasant Hill;
8　　　　　　　　　　　　　　　　　　Chief Peter Dunbar;
　　　　　　　　　　　　　　　　　　　Lt. John Pratt;
9　　　　　　　　　　　　　　　　　　Officer Craig Sillers;
　　　　　　　　　　　　　　　　　　　Sgt. Tim Frank;
10　　　　　　　　　　　　　　　　　Pleasant Hill Police Department

11

12　IT IS SO ORDERED.

13

14　Dated: __March 10, 2008.__
　　　　　　　　　　　　　　　　　　　_____
15　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT

*[Court seal: "IT IS SO ORDERED / Judge William Alsup / United States District Court / Northern District of California"]*