1  Norman La Force, State Bar #102772
   Fortune O'Sullivan & Hudson
2  560 Mission Street, 21st Floor
   San Francisco, CA 94105
3  (415) 227-2300

4  Attorneys for Defendant
   North Main Towing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAYED BASHIR RAHIMI,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PLEASANT HILL; CHIEF PETER DUNBAR; LT. JOHN PRATT; OFFICER CRAIG SILLERS; SGT. TIM FRANK; NORTH MAIN TOWING; PLEASANT HILL POLICE DEPARTMENT,<br><br>Defendants. | Case No.: C07 4210 WHA<br><br>STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST NORTH MAIN TOWING ONLY AND OF NORTH MAIN TOWING'S CROSS-CLAIM |

Pursuant to the terms of the settlement entered into between plaintiff Sayed Bashir Rahimi and North Main Towing, the parties by and through their counsel of record hereby stipulate that plaintiff's complaint shall be dismissed with prejudice as to North Main Towing only and that North Main Towing's cross-claim against the City of Pleasant Hill shall be dismissed with prejudice. Each party shall bear their own costs and attorney's fees.

Dated:                                    Law Offices of Thomas Breen Kidwell

                                          By: _____
                                              Thomas B. Kidwell
                                              Attorney for plaintiff
                                              Sayed Bashir Rahimi

-1-

| | |
|---|---|
| Dated: 3/10/08 | Fortune O'Sullivan & Hudson<br><br>By: _____<br>Norman La Force.<br>Attorney for Defendant and Cross-Claimant<br>North Main Towing |
| Dated: 3-7-08 | McNamara, Dodge, Ney, Beatty, Slattery, Pfalzer, Borges & Brothers, LLP<br><br>By: _____<br>Noah G. Blechman<br>Attorney for Defendant<br>City of Pleasant Hill |

IT IS SO ORDERED.

Dated: March 11, 2008.

_____
Judge, United States District Court

*IT IS SO ORDERED*
*Judge William Alsup*
*United States District Court, Northern District of California*

-2-